# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM THE CLEARING HOUSE PAYMENTS COMPANY L.L.C. AND THE FEDERAL RESERVE BANK OF NEW YORK | TO BE FILED UNDER SEAL<br><br>Case No. _____ |

## [PROPOSED] SEALING ORDER

Having considered the Motion to Seal the *Ex Parte* Application of Léa Schwery Abdalla for Judicial Assistance Pursuant to 28 U.S.C. § 1782 ("the Application") and the papers filed in support of the Application, and having found good cause to grant the same,

**IT IS HEREBY ORDERED** that the docket of this matter be placed under seal until otherwise ordered by this Court, including, but not limited to, the following items:

1. *Ex Parte* Application of Léa Schwery Abdalla for Judicial Assistance Pursuant to 28 U.S.C. § 1782;

2. Declaration of E. Martin De Luca and Fabio Mesquita in Support of the Application and all exhibits attached thereto;

3. Memorandum of Law in Support of the Application;

4. Motion to Seal *Ex Parte* Application of Léa Schwery Abdalla for Judicial Assistance Pursuant to 28 U.S.C. § 1782;

5. This Sealing Order.

Dated: December 1, 2020                    SO ORDERED.

_____
United States District Judge