UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEA ABDALLA,

                        Plaintiff,

                                                          20-mc-727 (PKC)

        -against-                                       <u>ORDER</u>

FEDERAL RESERVE BANK OF NEW YORK,
and CLEARING HOUSE PAYMENTS
COMPANY LLC,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The case was opened on December 14, 2020.  (ECF 1).  On April 12, 2023, the Court granted Lea Abdalla's Amended Application to take discovery in aid of a foreign proceeding under 28 U.S.C. § 1782.  (ECF 17).  No filings have been made thereafter.  The Clerk of Court is respectfully requested to close the case.

        SO ORDERED.

                                                      P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
          April 4, 2024